IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL BOYER** | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION NO. 06-CV-3630 |
| v. | : | |
| | : | |
| **SUPERINTENDENT PIAZZA, ET AL.,** | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this \_\_\_\_ day of February, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa and no objections to the Report and Recommendation having been filed, **IT IS HEREBY ORDERED and DECREED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. The petition for a writ of habeas corpus is **DENIED and DISMISSED**.

3. There is no basis for the issuance of a certificate of appealability.

4. The Clerk of the Court shall mark the above-captioned case as **CLOSED**.

BY THE COURT:

**/S/ Petrese B. Tucker**

Honorable Petrese B. Tucker, U.S.D.J.